## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DENNIS MINOR,** | : | NO.: 3:15-cv-01503-MPS |
|    Plaintiff | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TOWN OF NEW HARTFORD,** | : | |
|    Defendant | : | JULY 12, 2016 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, in the above-entitled action, by and through his attorney, James V. Sabatini, Esquire, hereby files a Stipulation of Dismissal With Prejudice.

Respectfully Submitted,

By: /s/ James V. Sabatini  
   James V. Sabatini, Esquire  
   Sabatini and Associates, LLC  
   One Market Square  
   Newington, CT 06111  
   Tel. no.: 860-667-0839  
   Fax no.: 860-667-0867  
   e-mail: jsabatini@sabatinilaw.com  
   CT19899

Attorney for Plaintiff

By: /s/ Johanna G. Zelman  
   Johanna G. Zelman, Esquire  
   Ford Harrison, LLP  
   750 Main Street – Suite 606  
   Hartford, CT 06119  
   Tel. No. 860-748-4660  
   Fax No. 860-241-1547  
   e-mail: jzelman@fordharrison.com  
   CT

Attorney for Defendant

**ELECTRONIC CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ James V. Sabatini
                                            James V. Sabatini